# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 20-cv-3355-WJM-SKC

DEBRA SMITH,

    Plaintiff,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

## ORDER DIRECTING REASSIGNMENT

This matter is before the Court *sua sponte*. Pursuant to D.C.COLO.LCivR 40.1(d)(4)(B), and following communications with Chief United States District Judge Philip A. Brimmer, this Court finds that the interest of justice is best served and judicial economy is best promoted if the above-captioned action is reassigned to United States District Judge Daniel D. Domenico, and remain drawn to Magistrate Judge S. Kato Crews.

As required by D.C.COLO.LCivR 40.1(a), Chief Judge Brimmer's approval has been obtained for the reassignment of this action to Judge Domenico.

It is therefore ORDERED that the above-captioned matter is REASSIGNED to Judge Domenico for all purposes. Magistrate Judge S. Kato Crews shall remain the referral magistrate judge. All future filings in this action shall bear the case number **20-cv-3355-DDD-SKC.**

Dated this 15th day of June, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge